ELIZABETH WESTPHAL v. LAWRENCE A. GUARINO, M.D.

March 14, 1978. Petition for certification granted.

FREDERICK KOESTER v.
HUNTERDON COUNTY BOARD OF TAXATION.

March 14, 1978. Petition for certification granted.

CAROL SMOLINSKI v. DENNIS SMOLINSKI.

March 14, 1978. Petition for certification is dismissed as moot.

TOWNSHIP OF WEST WINDSOR v.
PUBLIC EMPLOYMENT RELATIONS COMMISSION.

March 14, 1978. Certification to the Public Employment Relations Commission is granted.

STATE OF NEW JERSEY v. SIMONE SENNO.

April 10, 1978. Certification to the Superior Court, Law Division, is granted.

STATE OF NEW JERSEY v. RALPH L. KENNY.

April 10, 1978. Certification to the Superior Court, Law Division, is granted.